# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### UNITED STATES OF AMERICA

V.

**RUBEN ANTONIO YBANEZ JR.** (1)
**ALBERT CALDERON JR.** (2)



CRIMINAL COMPLAINT

Case Number:

A-11-M-413

I, Detective Howard Staha #784 , the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about June 2th, 2011, in Austin, Travis County, in the Western District of Texas, defendant did commit the offense of,

Knowingly, Intentionally, and Unlawfully conspired, with persons known and unknown, to possess with intent to distribute an illegal controlled substance, to wit: Cocaine, schedule II in violation of Title 21 United States Code, Section 841(a)(1) and 846.

I further state that I am a Detective with the Austin Police Department and that this complaint is based on the following facts:

**See Attachment.**

Continued on the attached sheet and made a part hereof:    [X] YES    ☐ NO

Signature of Complainant

Sworn to before me and subscribed in my presence,

June 3rd 2011                                  Austin, Travis County, Texas
                                        AT
Date                                           City and State

Andrew Austin, U.S. Magistrate Judge

Name and Title of Judicial Officer              Signature of Judicial Officer

AO 91 (Rev. 3/99) Criminal Complaint                                                                                               AUSA Marshall

Attachment

The following information is a result of my investigation and information provided to me by other law enforcement sources:

On or about June 2nd, 2011, Detective Staha #784 of the Austin Police Narcotics Conspiracy Unit received information from a reliable confidential informant that a subject identified as Albert **CALDERON** was selling large quantities of Cocaine. On June 2nd, 2011 the confidential informant contacted **CALDERON** for the purpose of buying nine ounces of Cocaine. **CALDERON** advised that he was at his source of supply (SOS) home and it was walking distance from North Lamar and Rundberg Lane. **CALDERON** said that source of supply (SOS) would only allow him to walk the Cocaine to a business near the sources home. **CALDERON** agreed to meet the confidential informant at the Walgreens located at 9307 North Lamar Blvd. Surveillance in area of this location observed **CALDERON** leave 9016 Glenn Lane and walk to the Sonic just north of the Walgreens. When the confidential informant arrived at the Walgreens, **CALDERON** walked to the confidential informant's vehicle and got inside on the passenger side. Moments later the bust signal was given and officers approached and arrested **CALDERON**. A clear plastic baggie containing approximately nine ounces of cocaine (252 grams) was located on the passenger floorboard. Surveillance officers at 9016 Glenn Lane observed **RUBEN YBANEZ** leaving the residence in a hurry. **YBANEZ** was followed by officers until he stopped at 205 Fawnridge. Officers approached **YBANEZ** and interviewed him about **CALDERON** leaving his residence. **YBANEZ** stated that the **CALDERON** had the cocaine at his residence and agreed to allow officers to search his residence. **CALDERON** was transported the Narcotic Conspiracy office and interviewed after being advised of his rights. **CALDERON** confessed that his source of supply (SOS) was **YBANEZ.** Officers searching **YBANEZ'** residence at 9016 Glenn Lane located a loaded semi auto handgun. **YBANEZ'** wife, **ROXANNE CASTILLO** was interviewed and she stated that the pistol belonged to her husband **RUBEN YBANEZ**. **ROXANNE CASTILLO** also advised officers that **YBANEZ** had placed a bag in the trunk of her BMW vehicle. **CASTILLO** gave officers consent to search for the BMW and officers located 29 ounces of Cocaine (825 grams) and approximately 3 ounces of methamphetamine (82 grams) inside a bag in the trunk. **YBANEZ** was transported to the Narcotic Conspiracy Office. **YBANEZ** was advised of his rights and confessed to supplying **CALDERON** and confessed to drugs found in his wife's BMW.

Detective Morrill tested the white substance found at 9307 North Lamar Blvd. The substance tested positive for cocaine. Detective Severson tested the substance found in the BMW. The substance tested positive for Cocaine and Methamphetamine.

Based on the above information, I believe probable cause exists to believe that **ALBERT CALDERON JR** and **RUBEN YBANEZ JR** have violated Title 21 U.S.C., Section 841(a)(1) and Section 846 in Austin, Travis County, Western Judicial District of Texas.